1  Michael Miroyan
2  P.O. Box 3181
   Saratoga, CA. 95070-1181
3  Tel: (408) 913-3123
4  E-mail: mac8881@me.com
5  Plantiff in propia persona

**FILED E-FILING**
JUN 21 2019
SUSAN Y. SOONG
CLERK, U.S. DISTRICT COURT
NORTH DISTRICT OF CALIFORNIA
SAN JOSE OFFICE
Paid
ADR

C 19 03626

United States District Court
Northern District of California - San Jose

10  Michael Miroyan, individually,
11  and as Manager and owner of
12  100% of the membership interests
13  of Hawaiian Riverbend, LLC and
14  on behalf of the General Public
    acting as a Private Attorney General,

15
16  Plantiff
17  vs.
    The Kai Kenneth Kai
18  Robert D.S. Kim, ~~Kenneth Kai~~,
    Wayne Silver, Matthew Shannon
19  Michael Carroll, Quang Hong
20  Hang, David Lucas, Michael
21  Schuster, Andrew Kennedy,
22  Paul Dalla Jr., and Title Guarantee
23  and Trust Title Co., and Does 1-100
24  inclusive.
    Defendants

25
26  7.2) Tortuous Interference w/ bona fide business;
27  75) Breach of Contract; Breach of Fiduciary duty
28  for violation of Rights; 10) Declatory
    Permanent Injunction; (2) request for Counsel

Case No:

Complaint in Law & Equity
for Damages, Declatory
and Injunctive Relief
for:
1) Violation and Deprivation of Civil and Constitutional Rights
(Bivens Action)
2) Violation of Elder Adult Abuse California Law
3) Violation of Calif. & Hawaii Constitutional Law
4) Denial of Access to the Courts
5) Deprivation of due Process Rights
6) Conspiracy to Deprive Civil Rights
7) Denial of Equal Protection under the Law
8) Fraud; Conspiracy to Commit Fraud; Tort Claims
Relief; Stay of Proce/TRO/Pre-lim &
Jury Trial Requested

CIVIL RIGHTS COMPLAINT FOR DAMAGES, DECLARATORY & INJUNCTIVE RELIEF
-1-

Plantiff Michael Miroyan, ~~Individually~~ and on behalf of the ~~General~~ Public, Acting As A Private Attorney General alleges:

Plantiff Michael Miroyan is an Individual, 67 years of age and currently resides in Santa Clara County, CA where he has lived since 1957. He was raised in Saratoga, CA. As the first of 3 boys raised by Bernita and Vartkes Miroyan, a Calif. Licensed Attorney for over 30 yrs. Michael did well in school, was a likeable fellow and was elected student body President of the 1200 students at Saratoga High School 1969-1970. He also achieved the rank of Eagle Scout, was President of the Key Club, varsity letters in soccer, tennis, wrestling and went to college at Univ. of Calif @ Santa Barbara for 1 yr and then transferred to Stanford University for his undergraduate education in 1971, majoring in Political Science. Michael Miroyan made some good choices and some poor choices and then in 1998 at the age of 46 and after being a Realtor Associate off & on for 24 yrs he started his career as a Real Estate Developer. (See Exhibit 1 Resume of MM)

Between 1998-2007 when the real estate market took a violent turn for the worse... the worst recession in 40 yrs... In those 9 years, Michael Miroyan completed 11 (eleven) subdivisions, 421 residential units and over $200 million dollars in constructions loans and jobs for the community - all based on and ~~because of~~ his guts, his ~~saavy~~, his initiative, persistence and skills in real estate. Quite an accomplishment by a man

who began at age 46 and finished at age 55. Michael Miroyan has always concentrated on providing a significant public benefit and has earned all his properties and income.

In July 2005, Miroyan landed his biggest acquisition of his life when he bought 13,767 acres from Waikoloa Cattle Co. & Waikoloa Development Co for $60 million dollars. Michael Miroyan handled all the negotiations w/ the Seller himself and at the end of the day he was the first and only one on the contract and overnight that purchase made Michael Miroyan and his Ukrainian partners the 5th largest property owner in the state of Hawaii.

In Sept. 2005, MAI Appraiser Hallstrom appraised the 13,767 acres conservatively at $164 million $104 millions dollars more than what we paid for the property and Michael Miroyans skills at land acquisition and his business acumen were in plain sight for all to see. He had made his partners and himself $104 million in Sept. '05 on a $60 million purchase.

Miroyan then sold the Waikoloa Village properties in 2006 on behalf of the partnership and he raised $252 million dollars in offers for the 800 acres in the village ... one offer of $108 million from Pacific Century Group is attached here (Ex. 'B')

CIVIL RIGHTS COMPLAINT FOR DAMAGES, DECLARATORY & INJUNCTIVE RELIEF

-3-

For anyone to portray Michael Miroyan other than an astute, savvy and honorable businessman, is an absolute lie. None of the people involved in this case - no one - has done what Miroyan has done. They have not brought $60 million cash to the Big Island; nor received $100 million dollar offers - none of them have Miroyan's land acquisition skills nor his vision or his guts and all they can do is make or take money off of his creations. Miroyan is a giver to his associates and even his enemies - greedy, pathetic enemies make money off his efforts!

"When you drink from the well, remember the man who built it!" Chinese proverb

This case is about greed and the extent to which people will go to get their hands on money, lots of money, Michael Miroyan's money - his LAND - that he earned and that which they conspire to steal.

Miroyan had to sue his business partners in 2008 because they weren't honoring their agreements. In 2009, Miroyan settled and received 31.3 acres in Waikoloa Village as the majority of his settlement, TMK # 6-8-02-21. The property went into his wholly owned Hawaiian Riverbend, LLC formed by his California attorney name in NOV. 2009.

Miroyan needed $300,000 to pay his ex partners as part of the settlement & invited the Kai's, Tae & Kenneth to participate with the hope & belief Miroyan could pay back some

$400 in personal unsecured notes that Miroyan owed the KAI's and because of the drastic market change in 2007, was heretofore unable to do.

A deal was struck! Miroyan gave the KAI's 50% membership interests w/ his now 50% of HR, LLC AND he gave them the 1st lien position of Lender also. KAI's put up $360,000 and Miroyan gave them a $540,000 mortgage 50% return ($180,000) all due in 3yrs. May 2013. As part of the contractual agreement, a membership purchase agreement was prepared and duly signed along w/ the operating agreement, etc.

Miroyan was to be Manager w/a $3500/mo salary. He & planning consultant Sidney Fukes, were to change the zoning to commercial on 14.66 AC and subdivide the 31.3 into 3 parcels. The KAI's were to pay bills when asked by the MGR for the accounting, salaries, property taxes, sub-contractors etc upon the MGR's issuing of a "capital call". Escrow closed in May 2010. The KAI's learned of this transaction thru Michael Miroyan only and they thanked him by stabbing him in the back and little did he know because they lied so good.

By the Spring of 2012 the KAI's had surreptitiously hired attorneys Michael Carroll and Matthew Shannon to assist them in the stealing of the commercial property about to be rezoned.

"No Good Deed goes Unpunished." The adage finds particular relebance here as the greedy Kai's breached their fudiciary duty to Miroyan their fellow member of the LLC w/a clear agreed upon goal in sight by hiring lawyers w/out disclosing it to Miroyan and then the four of them conspiring to steal the property which was set to go to the Planning Commission for approval in NOV. 2012.

Observe the tortuous interference by the Kai's and their hidden snake attorneys as the Kai's quit all funding in July 2012 and go into a flagrant breach of the MPA. This breach of contract is designed to sour and greatly slow down the project. They will kill it slowly. Miroyan has little savings and w/out his salary will soon be financially strapped as he went all in on the project to be able to pay back Kai's rather than getting more money from this settlement w/ Kisley partners. Never in his wildest dreams could he conceive the Kai's would backstab him when he is paying back unsecured notes that most others would have walked away from.

Miroyan issues cap calls on July and in Sept. '12 but the Kai's don't fund. They want to be lender only because, Miroyan later found out - they couldn't foreclose on themselves,

they had to come out of the LLC and to this end w/ lies and fraud and breaches and obsfucated trickery they hoodwinked Miroyan to becoming lender only and Miroyan raising their mortgage by $650,000 without the KAI'S putting up 10¢!! There is no money their for the increase in mortgage. This is lender fraud and conspiracy to deffaud and interference w/ Miroyan's business advantage and these lawyers are coaching and breaking the law from Spring 2012 until Jan. 2015 when they finally surface.

Quang Hung Hang is a Calif. notary who the KAI'S and/or their attorneys paid to fraudulently notarize Miroyan's signature on the $900,000 note he signed when he believed on Aug 7, 2013 that they were finally in agreement. Quang Hung's forgery of the notarization of Miroyan's signature is fraud; its illegal and renders the amended mortgage and/or note as an illegal instrument and it is therefore void. With the purchase of Quang's loyalties to the fraud scheme there are now 5 co-conspirators. Miroyan didn't realize any of this at the time — he knew nothing. When he signed on Aug 7, 2013 he specifically did not notarize because the payback date had not been agreed upon. The 2ND mortgage he did notarize and sign because it was due in 3yrs. w/ 2 subordination clauses in it. But the 100K he did not notarize. (See Ex. C)
CIVIL RIGHTS COMPLAINT FOR DAMAGES, DECLARATORY & INJUNCTIVE RELIEF

-7-

2) The main cause of action in this lawsuit is two-pronged: it is against the Kai Family Trust and the 2 Trustees Ken and Tae for fraud, for breach of contract, of fiduciary duty, for interference of bona fide business practices, for taking advantage of my business advantage, for not releasing the mortgages which caused me irreparable damage and to lose the lawsuit which Miroyan went to trial on where he lost the 88 acres and 1.5M dollars and the second prong is against the Hon. Robert DS Kim for 1983 Civil Rights violations 42 USC 1983 civil rights violations.

3) Defendant Tae Kai and defendant Ken Kai are both living here in Santa Clara County and have done so for the last 30 years just like Plantiff Miroyan. All deals were discussed and agreed upon in Santa Clara County. All contracts were signed in Santa Clara County. All monies changed hand in Santa Clara County and all parties live in Santa Clara County including the notary Quang Hung Hoang.

4) Therefore venue is proper in Santa Clara County.

5) At all times Matthew Shannon and Michael Carroll worked together for the Kai's since 2012 and both work in Honolulu and their conduct is violative of their oaths to the Hawaii & US Constitution. Both have joined the conspiracy to defraud Miroyan and both have committed overt acts in furtherance of their dirty goal, the theft of an elderly man's land, which is elder abuse,

6) Both Dr. Ken and Tae Kai as well as both of their miscreant attorneys Shannon and Carroll are being sued in their individual capacity also for all of them knowingly and willingly breaking the law and more all for their love of someone else's money.

7) Notary Quang has yet to perjure himself but Miroyan is sure he will and for his forgery of the notarization of Miroyan's signature he should pay dearly b/c the Note amended mortgage would not have been recorded w/out it.

8) Title Guarantee and Trust is complicit in this fraud because one of their employees took over Miroyan's escrow and gave it to the Kai's side and put the amended mortgage in their overnight pouch all without Miroyan's consent or knowledge and while his back was turned embroiled in the lawsuit over his ranch. The amended mortgage was signed on Aug 7, 2013. It was recorded Nov. 18, 2013 ... it was recorded 101 days after Miroyan signed!! Why? Why wait so long? Because that's when Miroyan was embroiled in trial. Sneaky, sneaky and dirty - are the Kai's and their greaseball attorneys. The amended mortgage is void - its an illegal instrument.

8) yet Judge Robert Kim has done everything he

can to prevent Miroyan from even having access to the Courts, let alone a fair day in court. The litany of allegations against Robert Kim, whom Miroyan is suing in his individual as well as official capacity cannot all be delineated here but will be in the first amended complaint. But here are a few of the standouts by this Judge who under the color of law and authority denies Miroyan even the most miniscule of due process rights nor equal protection under the bill of rights - doesn't curtail free speech - Judge Kim obliterates it!! And does not allow Miroyan access to petition the Court for his grievances. Judge Kim has joined the conspiracy to defraud Miroyan of the property he earned and he must now be removed due to this lawsuit against him.

9) Defendant Robert DS Kim has purposely denied Miroyan access to the Court. Defendant Kim knows that Miroyan has been "blacklisted" which is tantamount to being a "leper" and as such I have been banished; ex-communicated and no one will touch me or my case. This coupled w/ Miroyan's financial woes makes it impossible to hire an attorney and yet that is exactly what Defendant Kim demands!! If so much

easier to win when the opposing side has no voice! These are bedrock constitutional violations of the basic and cherished rights all Americans enjoy. It's what makes our country great and ~~Defendant~~ Kim will have none of it.

10) Who has blacklisted Miroyan... that scary word from the witch hunt McCarthy hearings 70 years ago from the 1950's. Even then, McCarthy stood up and said it was he who was doing the enquiring re: Russian ~~spies~~. But here it is but a shadow - no one is talking to Miroyan but Miroyan believes he knows who is doing this banishment and exile because it has to be the one or the group that covets the 14ac. of Comm that is the subject of ~~case the~~ Case #15-0164K, KAI vs. 4R, LLC (MIROYAN). The KAI's are trying to ~~steal~~ 14 acres of CV-20 Comm, owing both $6million for the $1million they are owed supposedly and that is their goal. The Kai's are in no danger of losing their secured 1st mortgage plus interest but they want more... bringing the forgery by the notary - observe his date where he lies and says Miroyan appeared before him on Aug. 10, 2013! Miroyan was negotiating w/the Kais for 90 days after that until NOV 2013 not

knowing the Kai's had fraudulently had his signature notarized and had no intent of making a deal w/ Miroyan - they waited and waited and strung Miroyan out and then bam! Let the guillotine fall when Miroyan was preoccupied w/ his trial.

11) Note * The Amended mortgage for $900,000 filed via T.° & Tr. overnite pouch on Nov 18, '13 was all due and payable $900,000 all due in eleven days on Dec. 1, 2013. Now do really expect anyone to believe Miroyan recorded and agreed to $900,000 payoff in 11 days?? These are the obstacles when you cheat and lie and swindle... there's always glitches (See Ex. D' re: First amendment of Promissory Note).

12) Miroyan has filed a police report w/ SF Police Fraud Dept re: Notary Q. Hung Hong and also w/ the Secretary of States Office. (See Ex. D² Police Report)

13) Judge and Defendant Robert Kim allowed HR's attorney Paul Sulla Jr to withdraw in April 2018 at a hearing Miroyan knew nothing about. Kim likes to hold Court w/o Miroyan the true owner being there or even being aware of the crooked shenanigans. Defendant Kim allowed Sulla to withdraw knowing the LLC would have no voice, less than 60 days before the Court confirmation hearing on companion case Tereick & HR, LLC #14-0429K and the result was of course devastating. Miroyan lost a $1.9M

a $1.9 million dollar 11 acre parcel for $120,000 and got not a dime out of it.

14) Defendant King should not let the U.C. get defenseless life this and the order he signed drawn up by Sulla w/ Rule 25. That's false. Sulla says it's in compliance. It's a tie. Rule 25 calls for the LLC's Manager Miroyan to have signed the order also saying he is ok with it. see [EX. E] order. Miroyan never knew it was going on because Sulla was working against his own client HR & Miroyan and Defendant Kim was leading the lopsided street mugging of Miroyan and his hard earned assets.

15) Faced w/ this thievery in broad daylight and the ignoring of a $1.5 million sale across the street from Miroyan's HR property was outrageous because you can't ignore the facts. But they did and Defendant Kim adopted the fraudulent BPO of crooked real estate Broker David Lucas for $240,000 and ignored the fact of the April 2(?) sale of $1.5 million which showed a huge disparity on the theft of Miroyan's land.

16) Andrew Kennedy & Michael Schneider are crooked Commissioners in on the scam.

17) Wayne Silver has lied several times in federal BK Court while advancing the crooked agenda of Kai, Shannon, Carrol, Hang, et al.

14.) Preserve the right to amend this complaint as the evidence unfolds or as I care to amend.

Respectfully Submitted,

6/21/19 San Jose, Ca.

M. MKRTCHYAN